Jeff P. Prostok
State Bar No. 16352500
Emily S. Chou
State Bar No. 24006997
FORSHEY & PROSTOK, L.L.P.
777 Main Street, Suite 1550
Fort Worth, Texas 76102
Phone: (817) 877-8855
Fax: (817) 877-4151
jprostok@forsheyprostok.com
echou@forsheyprostok.com

Counsel for Two Sisters, LLC

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| RICHARD KEVIN RUSSELL | § | Case No. 22-41793-MXM |
| | § | |
| Debtor. | § | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that a hearing on *Two Sisters, LLC's Motion for Relief From the Automatic Stay* (the "Motion") [Dkt. No. 144] will be held on **January 26, 2023 at 9:30 A.M. Central Time** before the Honorable Mark X. Mullin, United States Bankruptcy Judge for the Northern District of Texas, Fort Worth Division, Room 128, U.S. Courthouse, 501 West Tenth Street, Fort Worth, Texas 76102 and via WebEx.

**WebEx Information**

**For WebEx Video Participation/Attendance:**

Link: https://us-courts.webex.com/meet/mullin

**For WebEx Telephonic Only Participation/Attendance:**

Dial-In: 1.650.479.3207

Meeting ID: 474 603 746

WebEx Hearing Instructions may be obtained from Judge Mullin's hearing/calendar site:

https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-mullin-hearing-dates.

DATED: January 4, 2023    Respectfully submitted,

/s/ Jeff P. Prostok
Jeff P. Prostok
State Bar No. 16352500
Emily S. Chou
State Bar No. 2400997
FORSHEY & PROSTOK, L.L.P.
777 Main Street, Suite 1550
Fort Worth, Texas 76102
Phone: (817) 877-8855
Fax: (817) 877-4151
jprostok@forsheyprostok.com
echou@forsheyprostok.com

Counsel for Two Sisters, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served via ECF Electronic Notice, where available, and via first class mail on the parties listed on the attached service list and on the parties listed below on this 4th day of January 2023.

/s/ Jeff P. Prostok
Jeff P. Prostok