Frances A. Smith, State Bar No. 24033084
Jessica Lewis, State Bar No. 24060956
Elizabeth Wirmani, State Bar No. 24052268
**Ross, Smith & Binford, PC**
700 North Pearl Street, Suite 1610
Dallas, Texas 75201
Telephone: 214-377-7879
Facsimile: 214-377-9409
Email:  frances.smith@rsbfirm.com
Email:  jessica.lewis@rsbfirm.com
Email:  elizabeth.wirmani@rsbfirm.com

**COUNSEL FOR FRANCES A. SMITH, CHAPTER 11 TRUSTEE**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| **RICHARD KEVIN RUSSELL,** | § | Case No. 22-41793-MXM-11 |
| | § | |
| DEBTOR. | § | |
| | § | |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND PLEADINGS**

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears as counsel to Frances A. Smith, Chapter 11 Trustee ("Trustee"), in the above-captioned bankruptcy case. Such counsel hereby enters her appearance under § 1109(b) of the United States Bankruptcy Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and such counsel hereby requests, under Bankruptcy Rules 2002, 3017 and 9007 and §§ 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon them at the following:

> Elizabeth Wirmani
> Ross, Smith & Binford, PC
> 700 N. Pearl Street, Suite 1610
> Dallas, Texas 75201
> Telephone: 214-377-7879
> Facsimile: 214-377-9409
> Email: elizabeth.wirmani@rsbfirm.com

**PLEASE TAKE FURTHER NOTICE THAT**, under § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy, email, or otherwise filed or made with regard to the referenced cases and proceedings herein with respect to (1) that affects or seeks to affect in any way, any rights or interests of any creditor or party of interest in this case, with respect to: a) the debtor; b) property of the estate, or proceeds thereof in which the debtor may claim an interest; or c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) that requires or seeks to require any act, delivery of any property, payment, or other conduct by the Trustee.

*[Remainder of the Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: April 18, 2023 | By: /s/ Elizabeth Wirmani<br>Frances A. Smith<br>State Bar No. 24033084<br>Jessica Lewis<br>State Bar No. 24060956<br>Elizabeth Wirmani<br>State Bar No. 24052268<br>**Ross, Smith & Binford, PC**<br>700 North Pearl Street, Suite 1610<br>Dallas, Texas 75201<br>Telephone: 214-377-7879<br>Facsimile: 214-377-9409<br>Email: frances.smith@rsbfirm.com<br>Email: jessica.lewis@rsbfirm.com<br>Email: elizabeth.wirmani@rsbfirm.com<br><br>**COUNSEL TO FRANCES A. SMITH,<br>CHAPTER 11 TRUSTEE** |

## CERTIFICATE OF SERVICE

I certify that on April 18, 2023 I served or caused to be served the foregoing document via the Court's Electronic Case Filing System and/or U.S. mail upon the parties listed in the attached Master Service List.

/s/ *Elizabeth Wirmani*
Elizabeth Wirmani

# Master Service List
## Richard Kevin Russell
## Case No. 22-41793

*Debtor:*
Richard Kevin Russell
4767 Overton Woods Drive
Fort Worth, TX 76109
**Service via U.S. mail**

*Debtor's Counsel:*
Curtis Law PC
Attn: Stephanie D. Curtis
 Christopher Lee Harbin
 Ivan Turingan
Bank of America Plaza
901 Main Street, Ste 6515
Dallas, TX 75202
Phone: 214-752-2222
Fax : 214-752-0709
Email: scurtis@curtislaw.net
Email: charbin@curtislaw.net
Email: ituringan@curtislaw.net
**Served via ECF**

*U.S. Trustee:*
U.S. Trustee Office
1100 Commerce Street, Room 976
Dallas, TX 75242
Phone: 214-767-8967
Fax : 214-767-8971
Email: elizabeth.a.young@usdoj.gov
**Served via ECF**

*Chapter 11 Trustee:*
Frances A. Smith
Ross, Smith & Binford, P.C.
700 N. Pearl Street, Ste 1610
Dallas, TX 75201
Phone: 214-377-7879
Email: frances.smith@rsbfirm.com
**Served via ECF**

*Creditors:*
Anthony Cibilich
60 Hawk St, 701 Engineers Road,
Belle Chasse, LA 70037
**Served via U.S. mail**

C. W. Stocker, III
7033 SAUCON VALLEY DR,
Fort Worth, TX 76132
**Served via U.S. mail**

David M. Frase
7033 Saucon Valley, Dr.
Fort Worth, TX 76126
**Served via U.S. mail**

Freeman Mills
12222 Merit Dr #1400
Dallas, TX 75251
**Served via U.S. mail**

Houston Tall Pines, LLC
1207 ANTOINE DR.
Houston, TX 77055
**Served via U.S. mail**

John A. Chalk
301 Commerce St. Suite 3500
Fort Worth, TX 76102
**Served via U.S. mail**

LLLMH Investments, Ltd.
13 Woodland Dr.
Mansfield, TX 76063
**Served via U.S. mail**

P&P Management
640 Jenkins Road.
Aledo, TX 76008
**Served via U.S. mail**

Pack and Pack LP
640 Jenkins Rd, A
Aledo, TX 76008
**Served via U.S. mail**

Ralph Falls
5800 Pineville Road, Suite 201
Charlotte, NC 28217
**Served via U.S. mail**

WildcatDavis Accumulation II LP
8333 Douglas Ave, Ste 400
Dallas, TX 75225
**Served via U.S. mail**

*Noticed Parties:*
Origin Bank
c/o Winstead PC
Attn: Annmarie Chiarello
 Joe Wielebinski
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 745-5400
Facsimile: (214) 745-5390
Email: achiarello@winstead.com
Email: jwielebinski@winstead.com
**Served via ECF**

Southside Bank
c/o Pope, Hardwicke, Christie, Schell,
Attn: Kelly & Taplett, L.L.P.
500 West 7th Street, Suite 600
Fort Worth, Texas 76102
Telephone No. (817) 332-3245
Facsimile No. (817) 877-4781
E-mail: mtaplett@popehardwicke.com
**Served via ECF**

Jason Dial
c/o Bonds Ellis Eppich Schafer Jones LLP
Attn: Clay M. Taylor
 C. Josh Osborne
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
Telephone: (817) 405-6900
Facsimile: (817) 405-6902
Email: clay.taylor@bondsellis.com
Email: c.joshosborne@bondsellis.com
**Served via ECF**

Jason Dial
c/o Law Office Of Matthew Bobo, PLLC
Attn: Matthew W. Bobo
 Katy Hart
4916 Camp Bowie Blvd
Ft. Worth, Texas 76107
Telephone: (817) 529-0774
Facsimile: (817) 698-9401
Email: mbobo@mwblawyer.com
Email: katy@mwblawyer.com
**Served via ECF**

Crestline Energy Partners, PLLC
c/o Bonds Ellis Eppich Schafer Jones LLP
Attn: Clay M. Taylor
 C. Josh Osborne
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
Telephone: (817) 405-6900
Facsimile: (817) 405-6902
Email: clay.taylor@bondsellis.com
Email: c.joshosborne@bondsellis.com
**Served via ECF**

Two Sisters, LLC
c/o FORSHEY & PROSTOK, LLP
Attn: Jeff P. Prostok
777 Main Street, Suite 1550
Fort Worth, TX 76102
Telephone: 817-877-8855
Facsimile: 817-877-4151
Email: jprostok@forsheyprostok.com
**Served via ECF**

Crestline Energy Partners, PLLC
c/o Law Office Of Matthew Bobo, PLLC
Attn: Matthew W. Bobo
 Katy Hart
4916 Camp Bowie Blvd
Ft. Worth, Texas 76107
Telephone: (817) 529-0774
Facsimile: (817) 698-9401
Email: mbobo@mwblawyer.com
Email: katy@mwblawyer.com
**Served via ECF**

Rainbow Investments Company
c/o GRIFFITH, JAY & MICHEL, LLP
Attn: Mark J. Petrocchi
2200 Forest Park Blvd.
Fort Worth, TX 76110
Phone (817) 926-2500
Fax (817) 926-2505
Email: mpetrocchi@lawgjm.com
**Served via ECF**

Yoakum National Bank
c/o Hayden & Cunningham, PLLC
Attn: D. Wade Hayden
7750 Broadway
San Antonio, Texas 78209
Telephone (210) 826-7750
Facsimile (210) 822-0916
Email: whayden@7750law.com
**Served via ECF**

Amplify Energy Operating, LLC
c/o Coghlan Crowson, LLP
Attn: James T. Carroll, IV
P.O. Box 2665
Longview, Texas 75601
Telephone: (903) 758-5543
Facsimile: (903) 753-6989
Email: jcarroll@ccfww.com
**Served via ECF**

Amplify Energy Operating, LLC
c/o Rochelle McCullough, LLP
Attn: E. P. Keiffer
 Zachary Levick
325 North St. Paul Street, Suite 4500
Dallas, Texas 75201
Telephone: (214) 580-2525
Facsimile: (888) 467-5979
Email: pkeiffer@romclaw.com
Email: zlevick@romclaw.com
**Served via ECF**

Austin Bank, Texas, N.A.
c/o PATRICK LAW OFFICES
Attn: Glen Patrick
PO Box 938
Lindale TX 75771
Telephone: 903-882-6173
Fax: 903-882-8810
Email: sherry@patricklawoffices.com
**Served via ECF**

7-Green Services, LLC
c/o REED SMITH LLP
Attn: Bradley J. Purcell
 Taylre C. Janak
2850 N. Harwood, Suite 1500
Dallas TX 75201
Telephone: 469-680-4200
Facsimile: 469-680-4299
Email: bpurcell@reedsmith.com
Email: tjanak@reedsmith.com
**Served via ECF**