BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: Richard Kevin Russell | Motion to sell property free and clear of liens | Case # 22–41793–mxm11 |
| DEBTOR | | |

**TYPE OF HEARING**

| Richard Kevin Russell | VS | Frances A. Smith |
|---|---|---|
| **PLAINTIFF / MOVANT** | | **DEFENDANT / RESPONDENT** |
| Stephanie D Curtis, Christopher Lee Harbin, and Ivan Turingan | | Honest Kapic, Jessica Leigh Voyce Lewis, Frances A. Smith, and Elizabeth Wirmani |
| **ATTORNEY** | | **ATTORNEY** |

**EXHIBITS**

Trustee's Exhibits #1–14 ADMITTED (ECF 305)

| Lin Willis | 2/20/2025 | Mark X. Mullin |
|---|---|---|
| **REPORTED BY** | **HEARING DATE** | **JUDGE PRESIDING** |